20730. PHOENIX ASSURANCE COMPANY *v.* GLENS FALLS INSURANCE COMPANY *et al.*

MOBLEY, Justice. In this declaratory-judgment proceeding, the trial court sustained the defendants' general demurrer and dismissed the petition. The plaintiff in error filed its bill of exceptions in this court on the ground that the case was one in equity. However, the petition does not allege any basis for equitable relief. The prayer for an injunction to maintain the status of the parties pending an adjudication of the legal issues involved, as provided for under the Declaratory Judgments Act (Ga. L. 1945, p. 137, as amended; Code, Ann., § 110-1102), is not one for equitable relief. See *Felton* v. *Chandler*, 201 *Ga.* 347 (39 S. E. 2d 654); *Milwaukee Mechanics' Ins. Co.* v. *Davis*, 204 *Ga.* 67 (48 S. E. 2d 876); *Georgia Casualty &c. Co.* v. *Turner*, 208 *Ga.* 782 (1) (69 S. E. 2d 771); *Ulmer* v. *State Highway Department*, 210 *Ga.* 513 (1) (81 S. E. 2d 514); *Peoples* v. *Bass*, 211 *Ga.* 802 (1) (89 S. E. 2d 171); *Griffin* v. *Hardware Mutual Ins. Co.*, 212 *Ga.* 130 (91 S. E. 2d 10); *Vidalia Production Credit Assn.* v. *Durrence*, 212 *Ga.* 432 (93 S. E. 2d 568); *U. S. Casualty Co.* v. *Ga. So. & Fla. Ry. Co.*, 212 *Ga.* 569 (94 S. E. 2d 422); and *Bivings* v. *City of Atlanta*, 212 *Ga.* 654 (94 S. E. 2d 735). Accordingly, this case is

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED JANUARY 12, 1960—DECIDED JANUARY 12, 1960.

*Smith, Field, Doremus & Ringel, Palmer H. Ansley,* for plaintiff in error.

*Powell, Goldstein, Frazer & Murphy, J. Winston Huff, James W. Paris, Donald A. Page, Parker & Daniel,* contra.